# EXHIBIT A

DOWD
PLLC
Sophisticated, Experienced Advocates

HOME    MISSION    PRACTICE AREAS    PEOPLE    NEWS/UPDATES    ARTICLES    CONTACT

ATTORNEYS



**Matthew J. Dowd**
Founder and Principal



**Robert J. Scheffel**
Founder and Principal

**Hung "James" Lam**
Attorney

**Kisa Motiwala**
Law Clerk/Associate*

**Elliot Gee**
Law Clerk/Associate*

© 2020 by Dowd Scheffel PLLC.

# EXHIBIT B

An official website of the United States government    Help

Home  >  Search results

Owner | zane murdock | ✕ | Refine search by goods 🔍    Basic  **Expert**

Status filter    **15 results** for zane murdock    ⊞ ☰ ＝ | **Export ▾** |

☑ Live                    15
  ☑ Registered
  ☑ Pending
☑ Dead                    0
  ☑ Cancelled
  ☑ Abandoned

Sort

Configure

☑ Show image

**Reset**

# huck

| | |
|---|---|
| **Wordmark** | HUCK |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 030: Granola-based snack bars. |
| **Class** | 030 |
| **Serial** | 98215363 |
| **Owners** | zane murdock (INDIVIDUAL; USA) |

# Huck

| | |
|---|---|
| **Wordmark** | HUCK |
| **Status** | LIVE  PENDING |
| **Goods & services** | IC 032: Bottled water. |
| **Class** | 032 |
| **Serial** | 98510276 |
| **Owners** | murdock, zane, b (INDIVIDUAL; USA) |

# Huck

| | |
|---|---|
| **Wordmark** | HUCK |
| **Status** | LIVE  REGISTERED |
| **Goods & services** | IC 028: Dog toys. |
| **Class** | 028 |
| **Serial** | 77276817 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# HUCK

| | |
|---|---|
| **Wordmark** | HUCK |
| **Status** | LIVE  REGISTERED |
| **Goods &** | IC 018: Backpacks. |

Feedback

**services**

| | |
|---|---|
| **Class** | 018 |
| **Serial** | 77479793 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# HUCK DOLL

| | |
|---|---|
| **Wordmark** | HUCK DOLL |
| **Status** | (LIVE) (REGISTERED) |
| **Goods & services** | IC 016: Stickers. |
| **Class** | 016 |
| **Serial** | 77486817 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# HUCK DOLL

| | |
|---|---|
| **Wordmark** | HUCK DOLL |
| **Status** | (LIVE) (REGISTERED) |
| **Goods & services** | IC 035: Advertising services, namely, promoting and marketing the... |
| **Class** | 035 |
| **Serial** | 85446268 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# HUCK DOLL

| | |
|---|---|
| **Wordmark** | HUCK DOLL |
| **Status** | (LIVE) (REGISTERED) |
| **Goods & services** | IC 018: Credit card holders. |
| **Class** | 018 |
| **Serial** | 85659762 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# HUCK NEWS

| | |
|---|---|
| **Wordmark** | HUCK NEWS |
| **Status** | (LIVE) (REGISTERED) |
| **Goods & services** | IC 041: Providing on-line publications in the nature of newsletters in... |
| **Class** | 041 |

Serial        85457886
Owners        MURDOCK, ZANE (INDIVIDUAL; USA)

# huck doll

| | |
|---|---|
| **Wordmark** | HUCK DOLL |
| **Status** | LIVE   REGISTERED |
| **Goods & services** | IC 025: Clothing, namely, socks, shorts, skirts, pants, t-shirts, polo... |
| **Class** | 025 |
| **Serial** | 86576290 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# swim surf huck

| | |
|---|---|
| **Wordmark** | SWIM SURF HUCK |
| **Status** | LIVE   REGISTERED |
| **Goods & services** | IC 028: Board games. |
| **Class** | 028 |
| **Serial** | 90274435 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# fresh huck

| | |
|---|---|
| **Wordmark** | FRESH HUCK |
| **Status** | LIVE   REGISTERED |
| **Goods & services** | IC 028: Board games. |
| **Class** | 028 |
| **Serial** | 97321720 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# eagle huck

| | |
|---|---|
| **Wordmark** | EAGLE HUCK |
| **Status** | LIVE   REGISTERED |
| **Goods & services** | IC 028: Board games. |
| **Class** | 028 |
| **Serial** | 88649213 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# huck files

| | |
|---|---|
| **Wordmark** | HUCK FILES |
| **Status** |  |
| **Goods & services** | IC 041: Providing online non-downloadable cartoon strips. |
| **Class** | 041 |
| **Serial** | 97360068 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# huck

| | |
|---|---|
| **Wordmark** | HUCK |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 009: Sunglasses. |
| **Class** | 009 |
| **Serial** | 86236590 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

# huck

| | |
|---|---|
| **Wordmark** | HUCK |
| **Status** | LIVE REGISTERED |
| **Goods & services** | IC 014: Watches. |
| **Class** | 014 |
| **Serial** | 90856215 |
| **Owners** | MURDOCK, ZANE (INDIVIDUAL; USA) |

50 per page ▾   |< < Page 1 of 1 > >|   ↑

About the USPTO   •   Search for patents   •   Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data

Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

**Receive updates from the USPTO**

Enter your email to subscribe or update your preferences

your@email.com        Subscribe

Follow us

# EXHIBIT C

**From:**                                    .com>
**To:**      "Zane Murdock" <zane_murdock@yahoo.com>
**Sent:**    Sunday, March 12, 2006 11:27 PM
**Subject:**

I am so sorry for no such info on hand to provide you!

Best Regards

----- Original Message -----
From: "Zane Murdock" <zane_murdock@yahoo.com>
To                                    .com>
Cc                                              .com>
Sent: Monday, March 13, 2006 12:26 PM
Subject: Re:


>
>
> Do you know any manufacturer who would produce food
> items for export?  Any information would be much
> appreciated.
>
> Thank you -
>
> Zane
>
>
> ---                                    .com> wrote:
>
> > Zane,
> >
> > The license cost is not much but the maintence cost
> > for the GMP system in
> > very high so management decided to stop it. By the
> > way, we are also stop to
> > produce                    items.
> >
> > Thanks
> >
> > ----- Original Message -----
> > From: "Zane Murdock" <zane_murdock@yahoo.com>
> > To                              .com>
> > Cc                                    .com>
> > Sent: Monday, March 13, 2006 12:19 PM
> > Subject: Re:
> >
> >
> > >

3/10/2017

> > >
> > > How much does this license cost?  Is        no
> > longer
> > > producing          ?
> > >
> > > Please let me know if you have information.
> > >
> > > Thank you -
> > >
> > > Zane
> > >
> > > ---            .com> wrote:
> > >
> > > > Zane,
> > > >
> > > > We are sorry to info you that our GMP license
> > was
> > > > expired early this year and our management  also
> > > > decided not keep on for such license so I think
> > it
> > > > will be a issue for such business consideration.
> > > > Please comment.
> > > >
> > > >
> > > > Thanks
> > > >
> > > >
> > > >
> > > >
> > > >
> > > > ----- Original Message -----
> > > > From: "Zane Murdock" <zane_murdock@yahoo.com>
> > > > To:            .com>
> > > > Sent: Monday, March 13, 2006 12:07 PM
> > > > Subject:
> > > >
> > > >
> > > > >
> > > > >
> > > > > I hope that message reaches you well.
> > > > >
> > > > > > I am interested in producing a brand of
> >
> >
> > > > > > I am wondering        still produces food
> > product
> > > > for
> > > > > > export.  Please let me know.  I am thinking of
> > > > taking
> > > > > > a trip to        the week of April 10th to
> > > > April

```
> > > > > 14th.
> > > > >
> > > > > Thank you -
> > > > >
> > > > > Zane
> > > > >
> > > > >
> > >
> > >
> > >
> >
> >
>
>
>
```

# EXHIBIT D

Yahoo! Mail - zane@huckdoll.com

http://b3.mail.yahoo.com/ym/huckdoll.com/ShowLetter?MsgId=12...

Yahoo! Mail - zane@huckdoll.com

http://b3.mail.yahoo.com/ym/huckdoll.com/ShowLetter?MsgId=22...

Small Business Home

## YAHOO! SMALL BUSINESS
*Email*

Welcome,
zane@huckdoll.com
[Sign Out, My Account]

Mail Home - Help

Search [        ]  Search
the Web

**Mail**    Addresses ˅    Calendar ˅    Notepad ˅

Mail Options - Manage My Services

Check Mail    Compose

Search Mail    Search the Web

**Mail Accounts**

huckdoll.com

yahoo.com

**Folders**    [Add - Edit]

Inbox

Draft

Sent

Bulk    [Empty]

Trash    [Empty]

**Search Shortcuts**

My Photos

My Attachments

Previous | Next | Back to Messages

Delete    Reply    Forward    Spam    Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

Printable View

**Subject:** Order 919 from catalog yhst-13261163027993

**From:**  [                    ]    Mobile Alert    ☺ Add to Address Book  ⬚ Add

**To:**    zane@huckdoll.com

**Date:**  Fri, 27 Oct 2006 04:23:56 -0700 (PDT)

```
Date                      Fri Oct 27 04:23:54 PDT 2006
Ship to


                          AU Australia
                          +61412688739
Bill to                   Same
E-Mail
Via                       First Class Mail
Payment                   American Express
Rev-Share URL:            N/A
Yahoo! Network Order:     No
Order   XID #             %5824420692
IP Address                59.167.20.172


Name                    Code     Qty   Each   Options
-----------------------------------------------------------
Original Skier V Huck   105       1    13.00  Color = Blue/Bub
Doll
Shane McConkey Huck Doll 108      1    13.00
Original Skier V Huck   105       1    13.00  Color = Black/Ta
Doll
                                 Subtotal 39.00
                                 Tax       0.00
                                 Total    39.00
```

+ 13.75  S&H

52.75  Total

You can view your orders at http://store.yahoo.com

Delete    Reply    Forward    Spam    Move...

Previous | Next | Back to Messages

Save Message Text | Full Headers

Check Mail    Compose

Search Mail    Search the Web

1 of 2

10/27/2006 10:56 AM

# EXHIBIT E



# HUCK DOLL (/)

phone number: 914-258-9477

GENERAL (/)   LADIES (/LADIES.HTML)   MENS (/MENS.HTML)   YOUTH (/YOUTH.HTML)   SUNGLASSES (/SUNGLASSES.HTML)

NEWS (HTTP://HUCKNEWS.COM/)   CART (0)

(//facebook.co



(/uploads/3/4/5/2/34529157/s934988874258648051_p248_i1_w1280.jpeg)

## huck granola bar

- individually packaged granola bar
- ingredients: whole grain oats, sugar, canola oil, rice flour, honey, salt, brown sugar syrup, baking soda, soy lecithin, natural flavor
- .75 ounces
- made in new york

**$3.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p71_i1_w427.jpeg)

## sveltz gloves - small/medium

- seamless stretch fit gloves
- nylon and lycra® blend, teflon® coated
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$10.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p68_i1_w405.jpeg)

## sveltz gloves - large/extra large

- seamless stretch fit gloves
- nylon and lycra® blend, teflon® coated
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$10.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p66_i1_w491.jpeg)

## realtree hardwoods camouflage gloves - small/medium

- seamless stretch fit gloves
- nylon and lycra® blend, teflon® coated
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p167_i1_w720.jpeg)

### realtree hardwoods camouflage gloves - large/xl

•seamless stretch fit gloves
•nylon and lycra® blend, teflon® coated
•micro-grip dots
•machine wash with cold water, air dry
•made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p61_i1_w447.jpeg)

### realtree max-4 camouflage gloves - small/medium

•seamless stretch fit gloves
•nylon and lycra® blend, teflon® coated
•micro-grip dots
•machine wash with cold water, air dry
•made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p169_i1_w1280.jpeg)

### realtree max-4 camouflage gloves - large/xl

•seamless stretch fit gloves
•nylon and lycra® blend, teflon® coated
•micro-grip dots
•machine wash with cold water, air dry
•made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p165_i1_w1280.jpeg)

### huck doll bamboo socks ankle - small (6-10) - black

•ankle length adult socks
•85% organic bamboo, 10% lycra®, 5% nylon
•soft, absorbent, breathable, odor resistant
•machine wash with cold water, air dry
•made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p199_i2_w1280.jpeg)

### huck doll bamboo socks ankle - large (10-13) - black

•ankle length adult socks
•85% organic bamboo, 10% lycra®, 5% nylon
•soft, absorbent, breathable, odor resistant
•machine wash with cold water, air dry
•made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p163_i1_w1280.jpeg)

### huck doll bamboo socks ankle - small (6-10) - natural

•ankle length adult socks
•85% organic bamboo, 10% lycra®, 5% nylon
•soft, absorbent, breathable, odor resistant
•machine wash with cold water, air dry
•made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p200_i1_w1177.jpeg)

### huck doll bamboo socks ankle - large (10-13) - natural

- ankle length adult socks
- 85% organic bamboo, 10% lycra®, 5% nylon
- soft, absorbent, breathable, odor resistant
- machine wash with cold water, air dry
- made in south carolina

**$12.00**

Add to Cart

(/uploads/3/4/5/2/34529157/s934988874258648051_p203_i1_w1001.jpeg)

### huck doll bamboo socks quarter - large (10-13) - black

- quarter length adult socks
- 85% organic bamboo, 10% lycra®, 5% nylon
- soft, absorbent, breathable, odor resistant
- machine wash with cold water, air dry
- made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p157_i4_w1259.jpeg)

### huck doll bamboo socks crew - small (6-10) - black

- crew length adult socks
- 85% organic bamboo, 10% lycra®, 5% nylon
- soft, absorbent, breathable, odor resistant
- machine wash with cold water, air dry
- made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p221_i1_w1214.jpeg)

### huck doll bamboo socks crew - small (6-10) - natural

- crew length adult socks
- 85% organic bamboo, 10% lycra®, 5% nylon
- soft, absorbent, breathable, odor resistant
- machine wash with cold water, air dry
- made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p122_i2_w1280.jpeg)

### huck doll bamboo socks crew - large (10-13) - natural

- crew length adult socks
- 85% organic bamboo, 10% lycra®, 5% nylon
- soft, absorbent, breathable, odor resistant
- machine wash with cold water, air dry
- made in south carolina

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p117_i1_w166.jpeg)

### wickers socks crew - large

- individually packaged socks
- 30% celliant, 30% nylon, 37% acrylic, 3% spandex lycra
- celliant technology increases oxygen flow
- performance capabilities will last
- machine wash and dry for easy care
- made in tennessee

**$17.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p113_i1_w752.jpeg)

### huck doll knit cap - black

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p183_i2_w1280.jpeg)

### huck doll knit cap - gold

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p233_i1_w1280.jpeg)

### huck doll knit cap - light blue

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p114_i1_w718.jpeg)

### huck doll knit cap - navy

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p112_i1_w710.jpeg)

### huck doll knit cap - red

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p190_i6_w1280.jpeg)

### huck doll knit cap - stone

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart

Huck Doll - General

9/1/17, 9:28 PM



(/uploads/3/4/5/2/34529157/s934988874258648051_p110_i1_w681.jpeg)

### huck doll knit cap - white

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p231_i1_w1280.jpeg)

### huck doll knit cuff cap - charcoal

- knit cuff cap
- 100% acrylic material
- 12.5 inches long
- machine wash with cold water, light dry
- made in california

**$12.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p229_i1_w500.jpeg)

### bayside knit cap camouflage - desert

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$16.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p230_i2_w444.jpeg)

### bayside knit cap camouflage - woodland

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$16.00**



Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p228_i1_w1280.jpeg)

### huck doll knit cap camouflage - urban

- knit cap
- 100% acrylic material
- 8.5 inches long
- machine wash with cold water, light dry
- made in california

**$20.00**



Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p116_i2_w600.jpeg)

### hanz lightweight touchscreen gloves - small/medium

- seamless stretch fit gloves
- nylon, lycra®, spandex
- touchscreen enabled yarn
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$20.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p118_i2_w600.jpeg)

### hanz lightweight touchscreen gloves - large/extra large

- seamless stretch fit gloves
- nylon, lycra®, spandex
- touchscreen enabled yarn
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$20.00**

Add to Cart

(/uploads/3/4/5/2/34529157/s934988874258648051_p131_i1_w1280.jpeg)

### huck doll twill cap - structured - black

- cotton chino twill cap
- 100% cotton fabric
- 6 panel constructed crown
- contrasting pancake visor - red
- matching velcro® closure
- curved bill
- made in california

**$20.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p208_i1_w1280.jpeg)

### huck doll twill cap - structured - charcoal

- cotton chino twill cap
- 100% cotton fabric
- 6 panel constructed crown
- matching velcro® closure
- curved bill
- made in california

**$20.00**


Add to Cart

(/uploads/3/4/5/2/34529157/s934988874258648051_p213_i1_w1280.jpeg)

### huck doll twill cap - unstructured - bright pink

- cotton chino twill cap
- 100% cotton fabric
- 6 panel constructed crown
- adjustable strap with hide-away side buckle
- curved bill
- made in california

**$20.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p216_i1_w1280.jpeg)

### huck doll twill cap - unstructured - white

- cotton chino twill cap
- 100% cotton fabric
- 6 panel constructed crown
- adjustable strap with hide-away side buckle
- curved bill
- made in california

**$20.00**

Add to Cart

9/1/17, 9:28 PM



(/uploads/3/4/5/2/34529157/s934988874258648051_p65_i1_w168.jpeg)

**wickers fire resistant glove liner - small**

- individually packaged flame resistant glove liners
- 50% merino wool, 50% rayon
- performance capabilities will last
- machine wash and dry for easy care
- made in tennessee

**$21.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p67_i1_w168.jpeg)

**wickers fire resistant glove liner - medium**

- individually packaged flame resistant glove liners
- 50% merino wool, 50% rayon
- performance capabilities will last
- machine wash and dry for easy care
- made in tennessee

**$21.00**



Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p73_i1_w168.jpeg)

**wickers fire resistant glove liner - large**

- individually packaged flame resistant glove liners
- 50% merino wool, 50% rayon
- performance capabilities will last
- machine wash and dry for easy care
- made in tennessee

**$21.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p147_i1_w1175.jpeg)

**hanz midweight touchscreen gloves - small/medium**

- seamless stretch fit gloves
- nylon, lycra®, spandex
- polartec thermal pro high loft fleece liner
- touchscreen enabled yarn
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$34.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p150_i1_w1106.jpeg)

**hanz midweight touchscreen gloves - large/extra large**

- seamless stretch fit gloves
- nylon, lycra®, spandex
- polartec® thermal pro high loft fleece liner
- touchscreen enabled yarn
- micro-grip dots
- machine wash with cold water, air dry
- made in california

**$34.00**

Add to Cart

9/1/17, 9:28 PM



(/uploads/3/4/5/2/34529157/s934988874258648051_p126_i1_w618.jpeg)

### hanz waterproof socks - small

- crew length adult socks
- nylon, lycra®, spandex
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$37.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p170_i1_w720.jpeg)

### hanz waterproof socks - medium

- crew length adult socks
- nylon, lycra®, spandex
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$37.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p171_i1_w672.jpeg)

### hanz waterproof socks - large

- crew length adult socks
- nylon, lycra®, spandex
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$37.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p172_i1_w1200.jpeg)

### hanz waterproof socks - extra large

- crew length adult socks
- nylon, lycra®, spandex
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$37.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p101_i1_w660.jpeg)

### huck doll fleece vest - large - navy

- full zip fleece vest
- 12.5 ounce anti-piling fleece
- 100% spun polyester
- two side seam pockets
- made in california

**$40.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p217_i1_w500.jpeg)

### hanz waterproof touchscreen gloves - small

- adult gloves
- nylon, lycra®, spandex
- touchscreen-enabled yarn
- micro-grip dots
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$44.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p218_i2_w500.jpeg)

### hanz waterproof touchscreen gloves - medium

- adult gloves
- nylon, lycra®, spandex
- touchscreen-enabled yarn
- micro-grip dots
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$44.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p219_i1_w500.jpeg)

### hanz waterproof touchscreen gloves - large

- adult gloves
- nylon, lycra®, spandex
- touchscreen-enabled yarn
- micro-grip dots
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$44.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p138_i1_w720.jpeg)

### chillblocker socks - small

- crew length adult socks
- nylon, lycra®, spandex, polartec® lined
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$56.00**

Add to Cart



(/uploads/3/4/5/2/34529157/s934988874258648051_p139_i1_w480.jpeg)

### chillblocker socks - medium

- crew length adult socks
- nylon, lycra®, spandex, polartec® lined
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$56.00**

Add to Cart

Huck Doll - General

9/1/17, 9:28 PM



(/uploads/3/4/5/2/34529157/s934988874258648051_p140_i1_w720.jpeg)

## chillblocker socks - large

- crew length adult socks
- nylon, lycra®, spandex, polartec® lined
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$56.00**

[Add to Cart]



(/uploads/3/4/5/2/34529157/s934988874258648051_p120_i4_w672.jpeg)

## chillblocker socks - extra large

- crew length adult socks
- nylon, lycra®, spandex, polartec® lined
- windproof, waterproof
- machine wash with cold water, air dry
- made in california

**$56.00**

[Add to Cart]



(/uploads/3/4/5/2/34529157/s934988874258648051_p111_i1_w806.jpeg)

## huck backpack - yellow

- durable day backpack
- packcloth fabric with ykk zippers
- 12 x 12 x 3 (inches) overall size
- double zipper main compartment and two front zip pockets
- one shoulder strap with quick release buckle and two zip pockets
- soft padding and ventilated mesh in back area
- made in new york

**$66.00**

[Add to Cart]

**STORE INFO**

INTERNET ORDERS SHIP USPS FROM OREGON AND GUARANTEED 100% FOR 30 DAYS

FREE SHIPPING UNTIL FURTHER NOTICE

PRIVACY POLICY: NAME, ADDRESS, AND EMAIL REQUIRED TO PROCESS ORDER

EMAIL ON ORDER SUBSCRIBED TO EMAIL LIST

CONTACT INFO: email - zane@huckdoll.com; phone - 914-258-9477

INQUIRE WITHIN FOR WHOLESALE

©1999-2017 huck doll llc



Unlimited Disk Space
Unlimited Bandwidth
Unlimited MailBoxes
65% OFF!
only $3.15/mo

Udderly Fantastic Web Hosting

(//www.fatcow.com/join/index.bml?bannerID=927&AffID=737071)

disclosure: endorsement of FatCow made as an affiliate



(https://www.paypal.com/webapps/mpp/paypal-popup)

# EXHIBIT F

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS

Back to Search          Print

**Generated on:** This page was generated by TSDR on 2024-06-17 21:44:32 EDT

**Mark:** HUCK

# HUCK

**US Serial Number:** 79225891                          **Application Filing Date:** Oct. 31, 2017

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** 

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Feb. 06, 2024

## Mark Information

**Mark Literal Elements:** HUCK

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1386741

**International Registration Date:** Oct. 31, 2017

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Vitamins; vitamin supplements; vitamin preparations; herbal preparations for use in medicine; mineral supplements; Nutritional food additives for medical purposes in the nature of natural food extracts derived from fish, meat, and vegetables; Nutritional supplements, namely, vitamin tablets, mineral supplements, nutritive elements in the nature of liquid nutritional supplements and powder nutritional supplements, and herbal supplements in powder, capsule, tablet, gel and liquid form; formulated meal replacement for medical purposes; dietetic food and beverages adapted for medical use; analgesics; medicinal drinks, namely, medicinal teas; nutritional supplements, namely, ginseng for medicinal use, antioxidants as food supplements, and nutritional supplements containing evening primrose oil for medicinal use; biocides, antiseptics; medicated sun screen; probiotic bacterial preparations and pharmaceutical preparations for medical use for promoting the growth of beneficial bacteria in humans; herbal remedies, namely, herbal anti-itch unguent ointments; herbal tinctures and medicinal oils for medicinal purposes; cardiotonics, and medicinal and pharmaceutical preparations containing trace elements of iron, calcium, zinc for medicinal purposes; antiseptics and disinfectants; herbs, preparations containing herbs, and herbal extracts, all of the foregoing for medicinal purposes; liniments, creams and lotions for medicinal purposes; plant based preparations for medicinal purposes and plant extracts for medicinal pharmaceutical purposes; salts for medicinal purposes, namely, medicated bath salts; pharmacological preparations for skin care; Nutritional food additives for medicinal purposes in the nature of natural food extracts derived from fish, meat, vegetables; lozenges for medicinal purposes; dietetic substances adapted for medical

ice, namely, chocolates; medicinal drinks; medical and medicated chewing gum and candy for medicinal purposes; beverages and food for medicinal purposes, namely, Dietetic foods and beverages adapted for medical use; dietetic substances for medicinal purposes, namely, Dietetic foods, namely, pasta, crackers, biscuits, bars, chews, chips adapted for medical use; materials for dressings, namely, lint for medical purposes, pledgets as wound dressings; Sanitary preparations for medical use; Nutritional supplements for promoting healthy skin containing a combination of one or more vitamins, herbs and minerals; dietary supplements; nutritional supplements; carbohydrate based nutritional supplement; Mineral additives as dietary supplements, mineral food supplements, and glucose dietary supplements; Nutritional supplements in the form of ingestible energy gels; dietary supplements in the form of ingestible energy gels; preparations of minerals for medical use; stimulants made of vitamins namely, hair growth stimulants; stimulants namely, hair growth stimulants; herbal remedies, namely, herbal supplements for sleeping problems; protein dietary supplements; herbal preparations containing trace elements of {indicate trace element substances, iron, calcium, zinc for human use for medicinal purposes; dietary supplements for energy enhancement; nutritional meal replacements for medical use, namely, chocolate-based meal replacement bars for medical purposes; pharmaceutical preparations for medical purposes; medicine for medical purposes; medicated preparations, namely, foot, hand and skin creams for medical purposes; medicated food supplements; medicated food additives, namely, lecithin for medical purposes; nutritional preparations for medical use, namely, nutritional supplements; beverages adapted for medical purposes, namely, dietetic beverages adapted for medical purposes; medicated dermatological preparations; medicated preparations for the skin; sun screen preparations for medical purposes; sun skin care products for medical purposes, namely, medicated skin care preparations for protecting skin from the sun; medicated after sun products, namely, medicated after sun creams and lotions; sanitary preparations for medical purposes; homeopathic preparations, namely, homeopathic anti-inflammatory ointment; homeopathic salts, namely, Bath salts for medical purposes; antiseptics; antiseptic body care preparations; disinfectants; mineral salts for baths for medical purposes; Therapeutic medicated bath preparations; medicated bath preparations; dietary protein supplements; Protein supplement preparations for use as additives to foodstuffs for human consumption adapted for medical purposes; protein supplements for humans; dietary food supplements; dietary nutritional supplements; nutritional meal replacement powders, namely, meal replacement drink mixes adapted for medical use; mineral dietary supplements for humans; amino acids for medical purposes; powdered dietary supplement drink mix, powdered fruit flavoured dietary supplement drink mix; dietetic substances and foodstuffs for clinical and medical use, namely, dietetic foods and beverages adapted for medical use; food and food substances for babies; beverages for babies, namely, infant formula; infant foods; human breast milk and milk powder for infants; dietetic food and food substances for medical use for children and sick adults; dietetic foods and food substances for nursing mothers for medical use; nutritional supplement energy bars; dietary nutritional supplement energy bars; nutritional and dietary supplements for medical use; dietetic confectionery products for medical use; muscle-building food supplements; dietetic additives in the nature of dietary supplements for muscle-building and special dietetic foods and beverages adapted for medical use; health food supplements and additives, namely, dietary supplemental drinks in the nature of vitamin and mineral beverages made from milk and milk products; dietetic beverages adapted for medical use, namely, dietary supplement drinks made from milk and milk products; whey protein concentrate, being whey protein supplements; whey protein isolates, being whey protein supplements; caseins and caseinates in the nature of dietary supplements; animal protein dietary supplements; edible soy protein nutritional supplements; vegetable protein dietary supplements; wheat protein dietary and nutritional supplements; whey protein nutritional and dietary supplements

**International Class(es):** 005 - Primary Class     **U.S Class(es):** 006, 018, 044, 046, 051, 052

    **Class Status:** ACTIVE

    **For:** Vegetables and potatoes preserved, frozen, dried or cooked; fruits preserved, frozen, dried or cooked; preserved, dried or cooked mushrooms; meat, poultry, game, fish and seafood products, all these products in the form of extracts, soups, jellies, spreads, preserves, cooked, deep frozen or dehydrated dishes, namely, galbi (grilled meat dish), duck confit; jams; eggs; milk substitutes; namely, almond milk, coconut milk, rice milk, hazelnuts milk, cashew milk, walnut milk; soybean milk and milk substitutes; preserved soya beans for human consumption as food; edible oils and fats; textured vegetable protein for use as meat extender; Coffee whiteners consisting principally of dairy products and tea cream substitutes in the nature of artificial cream; sausages; charcuterie; peanut butter; soups; concentrated soups; thick soups; bouillon cubes; bouillon; consommes; food products consisting primarily of organic meat, fruit or vegetables, namely, soups and stews; organic foodstuffs and organic snack foods consisting primarily of meat, fruit or vegetables, namely, beef jerky, pork jerky, poultry jerky, dried fruits, dried vegetables; Prepared meals consisting principally of game; food bars consisting primarily of fruits and nuts, namely, Fruit-based organic food bars also containing nuts; food bars consisting primarily of soy and dried fruit, also comprising pretzels, seeds and chocolate, namely, soy and Fruit-based organic food bars also containing pretzels, seeds and chocolate; protein enriched foods comprised primarily of meat, fish, vegetables, fruits for human consumption, namely, protein enriched soups; nonfat dry milk powder, whey powder; whey

**International Class(es):** 029 - Primary Class     **U.S Class(es):** 046

    **Class Status:** ACTIVE

    **For:** Tea extracts, tea powders; iced tea; malt for food purposes; chocolate; chocolate products, namely, white chocolate chips, dark chocolate chips, chocolate flavoured chips, chocolate mousses; confectionery, namely, sherbets, gum paste; sugar confectionery, namely, confectionery made of sugar; sweets; sugar; chewing gum for non-medical purposes; natural sweeteners; honey and honey substitutes; breakfast cereals, muesli, corn flakes, cereal bars, ready to eat cereals; Preparations made from cereals, namely, muesli; rice, pasta, noodles; foodstuffs made with rice, flour or cereals, also in the form of cooked dishes, namely, stir-fried rice, flour-based dumplings; pizzas; sandwiches; ready to bake cake dough preparations; sauces, soya sauce; ketchup; products for flavouring or seasoning foodstuffs, namely, extracts used as food flavoring; edible spices; condiments, namely, oyster sauce, chutneys; dressings for salads, mayonnaise; mustard; vinegar; food products consisting primarily of organic rice, pasta or noodles, namely, pasta salad, rice

salad or noodle salad; high-protein cereal bars; Granola-based snack bars containing a mixture of grains, nuts and dried fruit confectionery; Granola-based snack bars containing dried fruits confectionery; Granola-based snack bars containing grains confectionery; snack food products consisting of cereal products, namely, cereal-based snack foods; Cereal-based snack foods; Cereal-based snack foods; snack foods made of wheat and snack foods made of whole wheat, namely, wheat-based snack foods; alimentary gels made primarily of maltodextrin, namely, sports energy gels; energy gels made primarily of maltodextrin, namely, sports energy gels; energy pastes made primarily of maltodextrin, namely, sports energy pastes; sports alimentary gels, sports energy gels and sports energy pastes for energy, made primarily from brown rice syrup, dried cane syrup, cane syrup, maple syrup, corn syrup, molasses, glucose syrup, agave nectar, agave syrup, rice malt syrup; sports alimentary gels, sports energy gels and sports pastes for energy primarily made of yacon syrup, glucose for culinary purposes, fructose for food, sucrose for food, honey, fruit and vegetable concentrates, fruit and vegetable extracts, green tea, matcha extract, guarana, ginseng, coffee, coconut syrup, isomaltulose and palatinose for culinary purposes, date syrup, tapioca, tapioca syrup, sorghum syrup, barley malt syrup, fruit juices, amino acids, vitamins; energy chews made primarily of maltodextrin; snack food chews, namely, gelatin-based chewy candies made primarily from corn maltodextrin for consumption during athletic activities; high energy gels being snack food chews made primarily from brown rice syrup for providing high energy; snack food chews made primarily from brown rice syrup for consumption during athletic activities; confectionery for human consumption, namely, cereal-based energy bars comprised primarily of processed grains and flour, and also containing dried fruit; sports alimentary gels, sports energy gels and sports energy pastes for energy, made primarily from various seeds, specifically, milled flax seeds, chia seeds, rice, pumpkin seeds, pomegranate seeds, quinoa seeds, hemp seeds, sunflower seeds, sesame seeds, pine nuts, poppy seeds

**International Class(es):** 030 - Primary Class      **U.S Class(es):** 046

**Class Status:** ACTIVE

**For:** Vegetable juices; non-alcoholic vegetable extracts and powders for making vegetable drinks; Soya-based beverages, other than milk substitutes; non-alcoholic malt beverages; isotonic beverages; vegetable beverages; sports drinks enhanced with maltodextrin, protein, carbohydrates, vitamins and electrolytes; energy drinks; sports drinks; concentrates, tablets and powders, all for use in preparation of sports drinks, sports beverages and soft drinks in the nature of sodas; powdered sports drink mix, namely, powders used in the preparation of sports and energy drinks; powdered vegetable and tea flavoured drink mix, namely, powders used in the preparation of vegetable flavoured drinks and tea flavoured drinks; powders used in the preparation of isotonic sports drinks

**International Class(es):** 032 - Primary Class      **U.S Class(es):** 045, 046, 048

**Class Status:** ACTIVE

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** SAVILE INVESTMENTS PTY. LTD.

**Owner Address:** UNIT 112, 151 BURWOOD ROAD
HAWTHORN VIC 3122
AUSTRALIA

**Legal Entity Type:** PROPRIETARY LIMITED COMPANY      **State or Country Where Organized:** AUSTRALIA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** HUNG LAM
UNIT 112, 151 BURWOOD ROAD
HAWTHORN VIC 3122 AUSTRALIA 3122

**Correspondent e-mail:** service@hucknutrition.com      **Correspondent e-mail** Yes

Authorized:

**Domestic Representative - Not Found**

**Prosecution History**

**International Registration Information (Section 66a)**

**TM Staff and Location Information**

**Assignment Abstract Of Title Information - None recorded**

**Proceedings - None recorded**